# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANGEL VILLADA-ALBARRAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:09-CV-0510-GET |
| v. | ) | |
| | ) | |
| ARS NATIONAL SERVICES, INC. | ) | |
| *A California Corporation*, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

COMES NOW, ARS National Services, Inc., Defendant in the above-referenced action, and files this Answer in response to the Plaintiff's Amended Complaint as follows:

## FIRST DEFENSE

Plaintiff's Amended Complaint fails to state a claim against Defendant upon which relief may be granted.

## SECOND DEFENSE

Any alleged act or omission by Defendant was not intentional and was the result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## THIRD DEFENSE

1

Subject to the foregoing defenses and without waiving same, Defendant responds to the individually numbered paragraphs of Plaintiff's Amended Complaint as follows:

## INTRODUCTION

1. Defendant admits that Plaintiff purports to allege violations of the Fair Debt Collection Practices Act and the Georgia Fair Business Practices Act, but Defendant denies that it has violated the FDCPA or any state laws.

2. Defendant denies the allegations contained in Paragraph 2 of the Complaint.

## JURISDICTION

3. Defendant denies the allegations in Paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. Defendant admits that venue is proper but denies the remaining allegations contained in Paragraph 5 of the Complaint.

## PARTIES

6. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6 of the Complaint.

7. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9. Defendant admits that under certain circumstances it can be considered a debt collector under the FDCPA.

10. Defendant admits the allegations in Paragraph 10 of the Complaint.

11. Defendant admits the allegation in Paragraph 11 of the Complaint.

12. Defendant admits the allegations in Paragraph 12 of the Complaint.

## FACTUAL ALLEGATIONS

13. Defendant admits that it attempted to collect a debt owed by Plaintiff. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 13 of the Complaint.

14. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14 of the Complaint.

15. Defendant admits that Plaintiff's debt was placed for collection with Defendant. Defendant denies all remaining allegations contained in Paragraph 15 of the Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of the Complaint.

17. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 17 of the Complaint.

18. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18 of the Complaint.

19. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 19 of the Complaint.

20. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20 of the Complaint.

21. Defendant admits Plaintiff called Defendant on 1/28/09 and spoke with Ashley. Defendant denies all remaining allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies the allegations in Paragraph 22 of the Complaint. Ashley told Plaintiff the account "should be" reflected on Plaintiff's credit report.

23. Defendant denies the allegations in Paragraph 23 of the Complaint.

24. Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

26. Defendant admits the allegations in Paragraph 26 of the Complaint.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. Defendant denies the allegations in Paragraph 28 of the Complaint.

29. Defendant denies the allegations in Paragraph 29 of the Complaint.

## CAUSES OF ACTION

## COUNT I: VIOLATIONS OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

30. Defendant repeats and realleges paragraphs 1 through 29 as if fully set forth herein.

31. Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Defendant denies the allegations in Paragraph 32 of the Complaint.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

## COUNT II: VIOLATIONS OF

## GEORGIA'S FAIR BUSINESS PRACTICES ACT

34. Defendant repeats and realleges Paragraphs 1 through 33 as if fully set forth herein.

35. Defendant denies the allegations in Paragraph 35 of the Complaint.

36. Defendant denies the allegations in Paragraph 36 of the Complaint.

37. Defendant denies the allegations in Paragraph 37 of the Complaint.

38. Defendant denies the allegations in Paragraph 38 of the Complaint.

39. Defendant denies the allegations in Paragraph 39 of the Complaint.

40. Defendant denies the allegations in Paragraph 40 of the Complaint.

## **TRIAL BY JURY**

41. Defendant denies the allegations in Paragraph 41 of the Complaint.

Defendant denies all remaining allegations contained in Plaintiff's Complaint not specifically admitted herein.

Wherefore, Defendant prays that the Complaint be dismissed with prejudice; that judgment be granted in favor of Defendant; that all costs be taxed to Plaintiff; and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 30th day of July, 2009.

/s/ Marcus G. Keegan
Marcus G. Keegan
Georgia Bar No. 410424
John H. Bedard, Jr.
Georgia Bar No. 043473
*Counsel for Defendant*

Franzén and Salzano, PC
40 Technology Parkway South
Suite 202
Norcross, Georgia 30092-2906
(770) 248-2885  Phone
(770) 248-2883  Fax
e-mail: jbedard@franzen-salzano.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANGEL VILLADA-ALBARRAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:09-CV-0510-GET |
| v. | ) | |
| | ) | |
| ARS NATIONAL SERVICES, INC. | ) | |
| *A California Corporation*, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2009, I electronically filed Defendant's Answer to the Amended Complaint with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    Steven H. Koval
    SHKoval@aol.com

                                   FRANZÉN AND SALZANO, P.C.

                                   /s/ Marcus G. Keegan
                                   Marcus G. Keegan
                                   Georgia Bar No. 410424