UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGEL VILLADA-ALBARRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:09-CV-510-GET-WEJ |
| **)** | |
| ARS NATIONAL SERVICES, INC., ) | |
| a California corporation, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action.

Respectfully submitted this 22nd day of September, 2009.

By: **s/Steven H. Koval**
    Steven H. Koval
    Georgia Bar No. 428905
    Attorney for Plaintiff

3575 Piedmont Road
15 Piedmont Center, Suite 1020
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com

By: **s/John H. Bedard, Jr.**
    John H. Bedard, Jr.
    Georgia Bar No. 043473
    Attorney for Defendant

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097
Phone: 678-253-1871ext. 244
Fax: 678-253-1873
E-mail: jbedard@bedardlawgroup.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing Joint Stipulation of Dismissal with Prejudice by electronically filing this document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to Defendant's attorney of records as follows:

    John H. Bedard, Jr., Esq.
    (jbedard@bedardlawgroup.com)

This 22nd day of September, 2009.


                              By:   **s/Steven H. Koval**
                                      Steven H. Koval
                                      Georgia Bar No. 428905


3575 Piedmont Road
15 Piedmont Center, Suite 1020
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com